IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Darnell T. Henderson,        :
                               :
           Petitioner   :
                               :
          v.               :  No. 174 C.D. 2021
                               :
Pennsylvania Parole Board,   :
                               :
         Respondent :

**PER CURIAM**

**O R D E R**


    **NOW,** this 16th day of June, 2022, it is ordered that the above-captioned Memorandum Opinion, filed April 13, 2022, shall be designated OPINION and shall be REPORTED.